UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE A. RUIZ, individually, and as a proposed class representative,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, CITY OF VICTORVILLE, DEPUTY RYAN POLAR, DOES 1 through 20,<br><br>Defendants. | Case No.: 5:20-cv-02283-JGB-KK<br>Judge: Jesus G. Bernal<br>Mag. Judge: Kenly Kiya Kato<br><br>**JUDGMENT** |

# **JUDGMENT**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

According to the Court's February 5, 2024 Order granting the Motion for Summary Judgment (Dkt. No. 104) of Defendant DEPUTY RYAN POLAR ("Defendant") against Plaintiff RENE A. RUIZ ("Plaintiff"), Judgment in favor of Defendant dismissing him with prejudice is proper.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED:

1. That Plaintiff's Complaint (Dkt. No. 3), which is the operative complaint, and Defendant are DISMISSED WITH PREJUDICE;

2. That Judgment is entered in favor of Defendant and against Plaintiff;

3. That Plaintiff takes nothing from this lawsuit against Defendant; and

4. That Defendant, as the prevailing party, shall recover costs against Plaintiff.

Dated: February 21, 2024

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE